UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDI TACHELLE WILLIAMS | ) | Case No. 17-06388-JJG-7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

TRUSTEE'S NOTICE OF POSSIBLE ASSETS
AND NOTICE OF ABANDONMENT OF PROPERTY

Ellen K. Fujawa, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Federal Bankruptcy Rule 3002(c) (5).

Notice is hereby given that all scheduled assets will be abandoned from the estate, except for:

- **Pro-rated 2017 federal and state tax refunds**
- **Pro-rated employment bonus received post petition for pre-petition time-frame**
- **Potential funds on person on date of bankruptcy filing**

DATED: November 1, 2017          /s/ Ellen K. Fujawa
                                 Ellen K. Fujawa, Trustee
                                 Phone: (317) 203-3233
                                 Email: ellenfujawa@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served upon the following, including attached list via electronic court filing this 1st day of November, 2017.

Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN  46204

Brandi Tachelle Williams
1111 East 7th Street
Muncie, IN  47302

Thomas Bradley Barbour
Geraci Law L.L.C.
55 E. Monroe #3400
Chicago, Il  60603

                                 /s/ Ellen K. Fujawa
                                 Ellen K. Fujawa
                                 P.O. Box 668
                                 Zionsville, IN  46077
                                 Phone: (317) 203-3233
                                 Email: ellenfujawa@gmail.com